```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 15237
    ANTHONY GERARD BRAVO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9391


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/13/2008 and was not confirmed.

     The case was dismissed without confirmation 10/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------

INTERNAL REVENUE SERVICE  PRIORITY          3804.32         .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         1483.33         .00            .00
ADDISON RADIOLOGY         UNSECURED        NOT FILED       .00            .00
CAPITAL ONE               UNSECURED          690.52         .00            .00
CAPITAL ONE AUTO FINANCE  UNSECURED         9802.65         .00            .00
US POST OFFICE CU         UNSECURED        NOT FILED       .00            .00
LVNV FUNDING              UNSECURED         1772.16         .00            .00
HSBC                      UNSECURED         1131.75         .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED        NOT FILED       .00            .00
ILLINOIS DEPT OF REVENUE  NOTICE ONLY      NOT FILED       .00            .00
ILLINOIS MASONIC MEDICAL  UNSECURED        NOT FILED       .00            .00
IL MASONIC MEDICAL CENTE  NOTICE ONLY      NOT FILED       .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED       .00            .00
OUR LADY OF RESURRECTION  UNSECURED        NOT FILED       .00            .00
OUR LADY OF RESURRECTION  NOTICE ONLY      NOT FILED       .00            .00
REBECCA BRAVO             NOTICE ONLY      NOT FILED       .00            .00
IL STATE DISBURSEMENT UN  UNSECURED        NOT FILED       .00            .00
SEARS ROEBUCK & CO        UNSECURED        NOT FILED       .00            .00
SIR FINANCE               UNSECURED          275.00         .00            .00
TCF BANK                  UNSECURED        NOT FILED       .00            .00
TCF NATIONAL BANK         NOTICE ONLY      NOT FILED       .00            .00
T MOBILE                  UNSECURED          842.72         .00            .00
T MOBILE                  NOTICE ONLY      NOT FILED       .00            .00
RUSSELL PAR BURNS         NOTICE ONLY      NOT FILED       .00            .00
AMERICREDIT FINANCIAL SV  UNSECURED         8449.44         .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY      1,500.00                      714.56
TOM VAUGHN                TRUSTEE                                         55.44
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    770.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 15237 ANTHONY GERARD BRAVO
```

```
PRIORITY                                                          .00
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                                 714.56
TRUSTEE COMPENSATION                                            55.44
DEBTOR REFUND                                                     .00
                                      ---------------   ---------------
TOTALS                                        770.00            770.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 01/26/09                               /s/ Tom Vaughn
                                                             _____
                                                             TOM VAUGHN
                                                             CHAPTER 13 TRUSTEE